JENNIFER H. MASTROROCCO [11206]
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  (801) 441-9393
jmastrorocco@gapclaw.com
*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID SPARKS, an individual; DIESEL POWER GEAR, LLC, a Utah limited liability company; DIESELSELLERZ.COM, LLC, a Utah limited liability company dba DIESELSELLERZ; DIESEL DAVE ENTERTAINMENT, INC.; a Utah corporation, TIMOTHY CALEB PERKINS; and MELISSA LUNSFORD, individually, and as the mother and guardian of R.L., a minor child,<br><br>　　　　Defendants. | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 1:20-cv-00044-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

　　　　The parties hereto, by and through their respective attorneys of record, hereby stipulate that an Order may be entered in this case dismissing the above-entitled action with prejudice and on the merits, upon the grounds that said action has been fully compromised and settled.  The parties jointly move the Court to enter its Order in accordance herewith, with each party to bear its own costs and fees.

DATED this 4th day of May, 2023.

        CUTT KENDELL & OLSON

        /s/ Nathan S. Morris
        Nathan S. Morris
        *Attorneys for Melissa Lunsford*
        [Signed w/permission of Nathan S. Morris]

DATED this 4th day of May, 2023.

        CANNON LAW GROUP, PLLC

        /s/ Kyle F. Reeder
        Cole S. Cannon
        Kyle F. Reeder
        *Attorneys for David Sparks, Diesel Power Gear, LLC, DiselSellerz.com, LLC and Diesel Dave Entertainment, Inc.*
        [Signed w/permission of Kyle F. Reeder]

DATED this 4th day of May, 2023.

        MARSHALL OLSON & HULL, P.C.

        /s/ Connor B. Arrington
        Erik A. Olson
        Connor B. Arrington
        *Attorneys for Timothy Caleb Perkins*
        [Signed w/permission of Connor B. Arrington]

DATED this 4th day of May, 2023.

        GOEBEL ANDERSON PC

        /s/ Jennifer H. Mastrorocco
        Jennifer H. Mastrorocco
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 4th day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Nathan S. Morris
    CUTT KENDELL & OLSON
    215 South State Street, Suite 900
    Salt Lake City, UT  84111
    nmorris@eckolaw.com
    *Attorneys for Melissa Lunsford*

    Cole S. Cannon
    Kyle F. Reeder
    CANNON LAW GROUP, PLLC
    124 South 600 East
    Salt Lake City, UT  84102
    cole@cannonlawgroup.com
    kyle@cannonlawgroup.com
    *Attorneys for David Sparks, Diesel Power Gear, LLC, DiselSellerz.com, LLC and Diesel Dave Entertainment, Inc.*

    Erik A. Olson
    Connor B. Arrington
    MARSHALL OLSON & HULL, P.C.
    Newhouse Building
    Ten Exchange Place, Suite 350
    Salt Lake City, UT  84111
    eolson@mohtrial.com
    carrington@mohtrial.com
    *Attorneys for Timothy Caleb Perkins*

                                           */s/ Jennifer H. Mastrorocco*