IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID SPARKS; DIESEL POWER GEAR, LLC; DIESELSELLERZ.COM, LLC, dba DIESELSELLERZ; DIESEL DAVE ENTERTAINMENT, INC.; TIMOTHY CALEB PERKINS; and MELISSA LUNSFORD, individually, and as the mother of R.L., a minor child,<br><br>    Defendants. | **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:20-cv-00044-JNP-JCB<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

    Based upon the parties' stipulated notice of dismissal, and for good cause appearing, it is hereby ORDERED that all claims between Plaintiffs and Defendants are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

    DATED May 4, 2023.

                      BY THE COURT

                      */s/ Jill N. Parrish*
                      The Honorable Jill Parrish
                      United States District Court